## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

AMOS MILLER,                                          :    No. 2 MM 2023
                                                     :
        Petitioner                                  :
                                                     :
                                                     :
        v.                                          :
                                                     :
                                                     :
NANCY WALKER, ANETTE MELENDEZ,                       :
ACTING ON BEHALF OF LABOR AND                        :
INDUSTRY, B. DENISE COMMINS,                         :
ACTING AS A JUDICIAL OFFICER, JOSH                   :
SHAPIRO, ACTING ON BEHALF OF                         :
COMMONWEALTH OF PENNSYLVANIA,                        :
                                                     :
        Respondents                                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of April, 2023, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamus" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.